UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERMAN RAINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV550 RWS |
| ) | |
| JOHN E. POTTER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for an order referring this case to alternative dispute resolution and motion to amend his complaint. I will grant plaintiff's motion for referral to alternative dispute resolution by separate order entered this same date. I will deny plaintiff's motion to amend his complaint because plaintiff's motion does not attach his proposed amended complaint to his motion as required by the case management order. Moreover, the motion to amend was filed well after the deadline of April 4, 2005, and plaintiff makes no attempt to excuse his non-compliance with the provisions of the case management order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an order referring this case to alternative dispute resolution [#58] is granted.

**IT IS FURTHER ORDERED** that plaintiff's motion to amend [#59] is

denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this  22nd  day of  June , 2005.