UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SHERMAIN RAINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:04CV550 RWS |
| ) | |
| JOHN E. POTTER, ) | |
| ) | |
| Defendant. ) | |

# MEMORANDUM AND ORDER

This matter is before me on Sherman Raines's motion to "bring Forth Allegation Obstruction of Justice, racial Discrimination, Retaliations For prior Civil Suit of Discrimination involving defendant's James G. Woodward – Clerk of Court" [#90]. The motion is abuse of the processes of this Court, and it will be denied.

Raines is before the Court in forma pauperis. Raines's motion to add claims against the Clerk of Court is frivolous and malicious under 28 U.S.C. § 1915(e). If Raines attempts to add any further claims against any employees of the Clerk of Court, the United States Attorneys' Office, or the United States Marshal's Service, then I will dismiss this case with prejudice. This is Raines's **FINAL WARNING**.

There can be no other reason for Raines's motion other than to harass the Clerk of Court. And I will not permit that to continue under the guise of a lawsuit for employment discrimination.

Although Raines is pro se, and the Court construes the pleadings of pro se parties liberally, Raines must still adhere to the Federal Rules of Civil Procedure. Failure to do so may result in sanctions. If I find that Raines has violated Rule 11, I may dismiss this case and/or order him to pay money to the Government. Fed. R. Civ. P. 11(c)(2). Additionally, if I find that this case is frivolous or malicious under 28 U.S.C. § 1915(e), I will dismiss this case with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Raines's motion to "bring Forth Allegation Obstruction of Justice, racial Discrimination, Retaliations For prior Civil Suit of Discrimination involving defendant's James G. Woodward – Clerk of Court" [#90] is **DENIED**.

Dated this   28th   Day of December, 2005.

                                    RODNEY W. SIPPEL
                                    UNITED STATES DISTRICT JUDGE