UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| SHERMAN RAINES, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV550 RWS |
| | ) | |
| JOHN E. POTTER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On December 28, 2005, I denied plaintiff's motion to add claims against the Clerk of the Court as frivolous. I will also deny plaintiff's similar motion filed the same day against a staff member of the Clerk's office for the same reasons. **Once again, plaintiff is warned that I will dismiss his case with prejudice if he attempts to add any further claims against any employees of the Clerk of the Court, the United States Attorneys' Office or the United States Marshal's Service.**

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion styled "plaintiff Sherman Raines complaints of retaliations, racial discrimination, harassment, intimidation, while in Clerk of Court's Office on December 22, 2005" is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this   29th   day of December, 2005.